2017 DEC -6 PM 4:52

**United States District Court**
**Northern District of Illinois**

CHRIS GANT, Plaintiff

v.

CITY OF CHICAGO, Defendant

1:17-cv-08801
Judge Thomas M. Durkin
Magistrate Judge Jeffrey T. Gilbert

**COMPLAINT**

See attached Complaint.

**RECEIVED**
DEC 06 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Chris Hant Plaintiff

vs

Defendant
City of Chicago

On December 6, 2016 at about 5; 30 p.m. I exited the Organ line train station at 3200 south on Kedzie Avenue. Then, I departed the train station, to walk back south to the shopping mall. However, when I came out of the train station, I noticed some construction being done under the viaduct, street, and sidewalk. Though, People were walking under the viaduct onto some kind of black tarp cover the ground that appeared to cover up the new concrete on the sidewalk.

Because the street was not properly closed off, I thought it was safe to walk in that that area as I saw other people walking through. However, when I attempt to walk under the viaduct along with other people, to my surprise, I had walked directly into a mine field! I slip and fell, braking three left ribs, a bone in my left foot, and my pancreas.

In addition, from this accident my A1C spiced at 6 point 6, even though diabetes does not run in my family. This accident rearranged my entire life, to the point that I needed constant medical attention and physical therapy. As of result accident, I seek out medical treatment at Jesse Brown Medical Center. Unfortunately, I had to make immediate life style change and diet,

Therefore, I am suing the city of Chicago for $10,000,000 for negligent, and not properly closing off the entire street. If that entire construction area was close off I or other citizens would be safe mishaps. So, I am asking for payment of my hospital bills, pain and unnecessary suffering, attorney and court fees.